```
1   R. Joseph Trojan    CA Bar No. 137,067
2   trojan@trojanlawoffices.com
    TROJAN LAW OFFICES
3   9250 Wilshire Blvd., Suite 325
4   Beverly Hills, CA  90212
    Telephone:    310-777-8399
5   Facsimile:    310-777-8348

6
    Stephen D. Milbrath    Florida Bar 239194
7   smilbrath@addmg.com
8   255 S. Orange Avenue, Suite 1401
    P.O. Box 3791
9   Orlando, FL   32802-3791
10  Telephone:    407-841-2330
    Facsimile:    407-841-2343
11
12
    **Attorneys for Defendant and Counter-**
13  **claimant**
    **Red Leopard, LLC**
14
```

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZODIAC POOL CARE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RED LEOPARD, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive<br><br>　　　　Defendants.<br><br>RED LEOPARD, LLC, a Delaware Limited liability company, | CASE NO. CV10-4747-SVW (RCx)<br><br>~~[PROPOSED]~~ **ORDER TO DISMISS WITH PREJUDICE**<br><br>Hon. Stephen V. Wilson<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A<br>Courtroom 6 |

TROJAN LAW OFFICES
BEVERLY HILLS

1

| | |
|---|---|
| | Counter-claimant, |
| | v. |
| | ZODIAC POOL CARE, INC., a Delaware corporation, |
| | Counter-defendant. |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon consideration of the parties' Joint Stipulation with Prejudice, all claims and counterclaims between Plaintiff and Defendant are hereby DISMISSED WITH PREJUDICE. The hearing on Defendant's Motion for Summary Judgment scheduled on Monday, December 12, 2011 is hereby vacated.

**IT IS SO ORDERED**

DATED: Dec 12, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by:

By:  /s/ R. Joseph Trojan
     R. Joseph Trojan
     Attorneys for Defendant Red Leopard, LLC